JUDGE JOHNSTON

FILED

Magistrate Judge Schneider

JUL 08 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

FRANCISCO HERNANDEZ-RAMOS

25 CR 50030

Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4)

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about August 7, 2021, at Harvard, Illinois, in the Northern District of Illinois, Western Division,

FRANCISCO HERNANDEZ-RAMOS,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 6, 2019 and April 26, 2009, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and (b)(1), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

FOREPERSON

Andrew S. Boutros by Jason Marcus
UNITED STATES ATTORNEY